UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GARY PALMER | : | Civil Action No.: |
| | : | 3:14-CV-00692-RNC |
| PLAINTIFF, | : | |
| | : | |
| v. | : | |
| | : | |
| MIDLAND FUNDING, LLC, | : | |
| MIDLAND CREDIT MANAGEMENT, INC., | : | |
| | : | |
| DEFENDANTS. | : | November 5, 2014 |

STIPULATION FOR DISMISSAL

Pursuant to Rule 4l(a)(l), plaintiff and defendants hereby agree and stipulate that the within action may be dismissed with prejudice, without costs or fees to any party.


THE PLAINTIFF

By___/s/ Joanne S. Faulkner_____
Joanne S. Faulkner ct04137
123 Avon Street
New Haven CT 06511
 (203) 772-0395


THE DEFENDANTS


By:/s/ Nicole R. Fernandes_____
       Nicole R. Fernandes (ct29311)
*Attorneys for Defendants,*
*Midland Funding, LLC and Midland Credit Management, Inc.*
1010 Washington Boulevard
Stamford, Connecticut 06901
Telephone No.: (203) 388-9100
Facsimile No.: (203)388-9101
Nicole.Fernandes@wilsonelser.com
Our File No.: 10277.266


432898v.1